IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KEDRON L. JOHNSON                                                                    PETITIONER
ADC #120099

V.                              CASE NO. 5:18-CV-247-SWW-BD

WENDY KELLEY, Director,
Arkansas Department of Correction                                                    RESPONDENT

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful consideration of the Recommendation and Mr. Johnson's timely objections, and after a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

The case is DISMISSED, without prejudice; a certificate of appealability is DENIED; and Mr. Johnson's pending motion to proceed *in forma pauperis* (Docket entry #1) is DENIED as moot.[1]

IT IS SO ORDERED, this 31st day of October, 2018.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] Mr. Johnson's motion for correction of sentence and reduction by the District Court [doc.#5] is denied.