IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KEDRON L. JOHNSON                                                           PETITIONER
ADC #120099

V.                        CASE NO. 5:18-CV-247-SWW-BD

WENDY KELLEY, Director,
Arkansas Department of Correction                                          RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED, this 31st day of October, 2018.


                                         /s/Susan Webber Wright
                                         UNITED STATES DISTRICT JUDGE